UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN PAUL WOODRUFF, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MASON MCDUFFIE MORTGAGE CORPORATION, et al.,<br><br>Defendants. | Case No. 19-cv-01054-WHO<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**<br><br>Re: Dkt. No. 17 |

Plaintiffs Kevin Paul Woodruff and Tanya Stutson initiated this case by filing a motion for a temporary restraining order on February 26, 2019. [Dkt. No. 1]. Plaintiffs also filed a preliminary injunction, a notice of lis pendens, a request for a "writ of discovery," and an application to proceed in forma pauperis ("IFP"). [Dkt. Nos. 2-5]. The IFP application was only filed on Woodruff's behalf. Stutson did not file one on her own behalf.

On February 27, 2019, Magistrate Judge Laurel Beeler issued an order denying the motion for a temporary restraining order, preliminary injunction, declaratory relief, the request for a "writ of Discovery, and the IFP application. [Dkt. No. 7]. The order also declared the notice of lis pendens void. *Id.* Magistrate Judge Beeler explained that Mr. Woodruff's IFP application was incomplete because, among other things, it did not list his date of last employment, the amount of gross and net salary and wages per month he received then, or what his other debts were. *Id.* at 5. Plaintiffs were directed to submit a complaint and to file completed IFP applications for both Woodruff and Stutson (or to pay the civil-case filing fee) by March 20, 2019. *Id.* at 5, 7.

After Judge Beeler's order, plaintiffs filed a complaint but failed to submit the required IFP applications or pay the filing fee. [Dkt. No. 9]. Judge Beeler gave them an extension, requiring compliance by April 19, 2019. [Dkt. No. 12]. Woodruff and Stutson missed the second deadline

1 and, to date, neither has filed a complete IFP application or paid the filing fee.

2 The parties have since declined magistrate jurisdiction and Magistrate Judge Beeler issued an order to the Clerk of Court to reassign this case to a district judge and a report and recommendation that the newly assigned judge dismiss the complaint for failure to submit complete IFP applications or to pay the civil-case filing fee. [Dkt. No. 17]. Objections were due by May 13, 2019. As of the date of this order, no objections have been filed. As the judge to whom this case was assigned, I find Judge Beeler's report thorough and correct; I adopt it in every respect. Accordingly the complaint is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: May 17, 2019

William H. Orrick
United States District Judge