# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN-PAUL EL WOODRUFF,<br><br>Plaintiff,<br><br>v.<br><br>MASON MCDUFFIE MORTGAGE CORPORATION, et al.,<br><br>Defendants. | Case No. 19-cv-04300-JCS<br>*Also Filed in Case No. 19-cv-01054-WHO*<br><br>**SUA SPONTE REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Plaintiff, who goes by various names including Kevin-Paul El Woodruff, filed this action in state court and has now filed a notice of removal to this Court, where it is assigned case number 19-cv-04300. Plaintiff previously filed a different action in this Court concerning the same real property and naming several of the same defendants, which was assigned case number 19-cv-01054 and was dismissed by the Honorable William Orrick after Plaintiff failed to respond to a report and recommendation by the Honorable Laurel Beeler. The undersigned therefore refers case number 19-cv-04300 to Judge Orrick pursuant to Civil Local Rule 3-12(c) to determine whether it is related to case number 19-cv-01054. Any party may file a response to this referral no later than August 5, 2019. *See* Civ. L.R. 3-12(c), 3-12(e), 7-11(b).

The undersigned has separately filed a report recommending that case number 19-cv-04300 be remanded sua sponte to state court. If Judge Orrick determines that the cases are not related, this case will be reassigned to a randomly selected district judge for all further proceedings, including action on the recommendation of that report.

**IT IS SO ORDERED.**

Dated: July 30, 2019

_____
JOSEPH C. SPERO
Chief Magistrate Judge